IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1186-T |
| COLBERT COUNTY COMMISSION, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |
| | | |
| LOYD D. FULMER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:03cv1202-T |
| COLBERT COUNTY COMMISSION, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

JUDGMENT

By agreement of the parties and based upon the representations made during an on-the-record conference on December 9, 2005, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to strike (Doc. No. 88) and motion to dismiss (Doc. No. 89) are granted.

(2) With the exception of the matter of attorneys' fees and expenses, both of these cases are dismissed.

It is further ORDERED that the motions for summary judgment (Doc. Nos. 57, 60 & 65) are denied as moot.

It is further ORDERED that the motion to stay proceedings (Doc. No. 75) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of December, 2005.

　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE