```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,              )
                             )
    v.                       )      CIVIL ACTION NO.
                             )         2:87cv1186-T
COLBERT COUNTY COMMISSION,   )            (WO)
                             )
                             )
    Defendant.               )


LOYD D. FULMER,              )
                             )
    Plaintiff,               )
                             )
    v.                       )      CIVIL ACTION NO.
                             )         2:03cv1202-T
COLBERT COUNTY COMMISSION,   )            (WO)
                             )
    Defendant.               )
```

ORDER

Based upon representations made during a conference on December 9, 2005, it is ORDERED that the motions for attorneys' fees and expenses (Doc. Nos. 89 & 92) are set for an on-the-record scheduling conference on January, 18

2006, at 8:30 a.m.  Counsel for defendant are to arrange for the conference to be conducted by telephone.

DONE, this the 9th day of December 2005.


                                  /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE