```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1186-T |
| COLBERT COUNTY COMMISSION, | ) | (WO) |
| | ) | |
| | ) | |
|    Defendant. | ) | |

| | | |
|---|---|---|
| LOYD D. FULMER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:03cv1202-T |
| COLBERT COUNTY COMMISSION, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

CORRECTED ORDER

Based upon representations made during a conference on December 9, 2005, it is ORDERED that:

(1) The motions for attorneys' fees and expenses (Doc. Nos. 89 & 92) are set for an on-the-record

scheduling conference on January 18, 2006, at 8:30 a.m. Counsel for defendant are to arrange for the conference to be conducted by telephone.  The deadlines for filing briefs and evidentiary materials on these motions are suspended pending the January 18 scheduling conference.

    (2) The deadline for filing motions for attorneys' fees and expenses is extended to January 31, 2006.

    DONE, this the 9th day of December 2005.


                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE