IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1186-MHT |
| COLBERT COUNTY COMMISSION, | ) | (WO) |
| | ) | |
| Defendant. | ) | |
| | | |
| LOYD D. FULMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:03cv1202-MHT |
| COLBERT COUNTY COMMISSION, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that Loyd D. Fulmer's motions for attorneys' fees (Doc. Nos. 92 & 101) are set for submission, without oral argument, on March 17, 2006, with all briefs due by said date.  The issue before the

court is limited to whether Fulmer is a prevailing party entitled to recovery attorneys' fees and expenses.

DONE, this the 7th day of March, 2006.


                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE